Opinion issued August 22, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00341-CV

_____

**IWC OIL & REFINERY, LLC, Appellant**

**V.**

**TYR ENERGY LOGISTICS, LLC ET. AL, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-84351**

---

## MEMORANDUM OPINION

Appellant, IWC Oil & Refinery, LLC, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). Notice issued on July

15, 2024, advising appellant that this appeal was subject to dismissal, and requesting appellant's response by August 14, 2024. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.